# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:                                                    )
                                                          )    Case No.
                                                          )    Chapter 11

## ORDER AND NOTICE SETTING TIME TO FILE CLAIMS

*Debtor's counsel is directed, by _____, to serve on all creditors a copy of this Order and to file proof of service with the Clerk.*

An order for relief was entered on _____.

**FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE BANKRUPTCY ESTATE**

(a) Claims of any governmental unit that arose prior to the case filing date are to be filed on or before _____. This date must not be earlier than 179 days after the order for relief.

(b) All other claims that arose prior to the case filing date are to be filed by _____.

All claims must be filed electronically or at the following address:

   Clerk of the U.S. Bankruptcy Court

**If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution.** However, under the law some parties need not file claims. See 11 U.S.C § 1111(a). Parties must rely on their own inspection of the schedules or advice of counsel to determine whether to file a claim.

ENTER:

_____
Judge

Dated: _____

Form Order No. 16
Revised July 6, 2010