UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  18-27787 |
| Thomas and Carol Goedert | ) | |
| | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Approving Use of Bank Account**

This matter coming to be heard on the Debtors in Possessions' Motion to Approve Use of Bank Account, it is hereby ordered that:

1. The Debtors in Possession may use their account at PNC Bank ending in 4808 and may write checks drawn on that account with pre-existing checks.

2. When ordering new checks for account the account at PNC Bank ending in 4808, the Debtors in Possession must have "Debtors in Possession" and "Case Number 18-27787" printed on the new checks.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  November 06, 2018

**Prepared by:**

Ben Schneider
8424 Skokie Blvd., Suite 200
Skokie, IL 60077
Phone # 847-933-0300
ARDC # 6295667